AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Feliciano Gomez Esteban <br><br> _Petitioner_ <br> v. <br> Joseph D. McDonald, Jr., Sheriff, Plymouth County Sheriffs Office; Kristi Noem Secretary of the Department of Homeland Security, et al <br> _Respondent_ <br> _(name of warden or authorized person having custody of petitioner)_ | ) ) ) ) ) ) ) ) ) ) ) Case No. _____ <br> _(Supplied by Clerk of Court)_ |

**PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

**Personal Information**

1. (a) Your full name: Feliciano Gomez Esteban
   (b) Other names you have used: Feliciano Gomez
2. Place of confinement:
   (a) Name of institution: Plymouth County Correctional Facility
   (b) Address: 26 Long Pond Road
      Plymouth, MA 02360
   (c) Your identification number: 087-968-787
3. Are you currently being held on orders by:
   ☑ Federal authorities       ☐ State authorities       ☐ Other - explain:
   Immigration & Customs Enforcement/ Department of Homeland Security
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you: _____
         (b) Docket number of criminal case: _____
         (c) Date of sentencing: _____
   ☑ Being held on an immigration charge
   ☐ Other _(explain)_: _____

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court:   Immigration & Customs Enforcement & Department of Homeland Security, 1000 District Ave, Burlington, MA 01803
   (b) Docket number, case number, or opinion number:   087-968-787
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   No lawful justification for unlawfully detention of respondent as an applicant for asylum.
   Currently authorized with valid Employment Authorization Document, recently approved /extended.

   (d) Date of the decision or action:   05/27/2025

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes          ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court:

       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:








   (b) If you answered "No," explain why you did not appeal:   There is no adverse court imposed decision made. Immigration Court Proceeding remain pending.   Petitoner is not subject to any immediate order of removal as proceedings remain open and pending.

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes          ☐ No

(a) If "Yes," provide:
  (1) Name of the authority, agency, or court: _____
  (2) Date of filing: _____
  (3) Docket number, case number, or opinion number: _____
  (4) Result: _____
  (5) Date of result: _____
  (6) Issues raised: _____
  _____
  _____
  _____
  _____
  _____

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes            ☐ No
   (a) If "Yes," provide:
     (1) Name of the authority, agency, or court: _____
     (2) Date of filing: _____
     (3) Docket number, case number, or opinion number: _____
     (4) Result: _____
     (5) Date of result: _____
     (6) Issues raised: _____
     _____
     _____
     _____
     _____
     _____

   (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?
    ☐ Yes            ☑ No
    If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
           ☐ Yes            ☐ No

        If "Yes," provide:
        (1) Name of court: _____
        (2) Case number: _____
        (3) Date of filing: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
        ☐ Yes         ☐ No
        If "Yes," provide:
        (1) Name of court: _____
        (2) Case number: _____
        (3) Date of filing: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
    Does this case concern immigration proceedings?
    ☑ Yes         ☐ No
        If "Yes," provide:
    (a)   Date you were taken into immigration custody:  05/27/2025
    (b)   Date of the removal or reinstatement order:  There is no order in effect.
    (c)   Did you file an appeal with the Board of Immigration Appeals?
        ☐ Yes         ☑ No   There is no order to appeal.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

         If "Yes," provide:
         (1) Date of filing: _____
         (2) Case number: _____
         (3) Result: _____
         (4) Date of result: _____
         (5) Issues raised: _____

    (d)    Did you appeal the decision to the United States Court of Appeals?
         ❏ Yes        ❏ No
         If "Yes," provide:
         (1) Name of court: _____
         (2) Date of filing: _____
         (3) Case number: _____
         (4) Result: _____
         (5) Date of result: _____
         (6) Issues raised: _____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
❏ Yes        ☑ No
If "Yes," provide:
(a)    Kind of petition, motion, or application: _____
(b)    Name of the authority, agency, or court: _____

(c)    Date of filing: _____
(d)    Docket number, case number, or opinion number: _____
(e)    Result: _____
(f)    Date of result: _____
(g)    Issues raised: _____

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE**: Respondent, Feliciano Gomez Esteban has not been convicted with any crime. Nor have there been any allegations he is a danger or flight risk. His arrest and detention has been unlawful in and violation of his 4th amendment rights & 5th amendment rights.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Mr. Feliciano Gomez Esteban is a self employed business owner, and homeowner from Lynn, MA. He was previously in proceedings which were subsequently administratively closed. During the pendency of proceedings, he has been authorized to work. He is currently authorized to be lawfully employed within the United States with a valid Employment Authorization Document.
To his knowledge there was no basis for his unlawful arrest. He remains in detention at Plymouth Correctional Facility.

(b) Did you present Ground One in all appeals that were available to you?
❏ Yes    ❏ No

**GROUND TWO**: 

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
❏ Yes    ❏ No

**GROUND THREE**:

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
❏ Yes    ❏ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR**:

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
❏ Yes            ❏ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do:  Assume jurisdiction over this matter; Order the immediate release of Petitioner pending these proceedings; Declare that Respondents' actions to arrest and dentention violate respondent's due process and 5th amendment rights; order Respondents' not removed Petitioner from Massachusetts; Award reasonable attorneys' fees and costs for this action; and Enter any other order or relief that is just and proper.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 06/01/2025

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*

Francisco J. Rosa, Esq; Attorney for Petitioner Feliciano Gomez Esteban

Francisco J. Rosa, Esq. BBO# 686673
ROSA & TAING LAW, LLC
1550 Middlesex Street
Lowell, MA 01851
Phone: 978-458-0934
fr@rosataing.com
Fax: 978-832-2282
fr@rosataing.com