UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FELICIANO GOMEZ ESTEBAN,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH D. McDONALD, *Jr.* et al.,<br><br>Respondents. | Civil Action No. 1:25-cv-11586-BEM |

NOTICE OF VOLUNTARYDISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff hereby agrees to voluntarily dismiss this action without prejudice.

Respectfully Submitted,

FELICIANO GOMEZ ESTEBAN
Petitioner,

By:
__/s/ Francisco J. Rosa_____
Francisco J. Rosa, Esq. (BBO # 686673)
ROSA & TAING LAW, LLC.
1550 Middlesex Street
Lowell, MA 01851
(9787)458-0934
Email: fr@rosataing.com

Date : July 15, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on July 15 2025.

*1.*
*LEAH B. FOLEY*
*United States Attorney*
*C/o Julian N. Canzoneri, Esq.*
*Assistant U.S. Attorney*
*U.S. Attorney's Office*
*John Joseph Moakley U.S. Courthouse*
*One Courthouse Way, Suite 9200*
*Boston, Massachusetts 02210*
*(617) 748-3170*
*julian.canzoneri@usdoj.gov*

                         */s/ Francisco J. Rosa*
                         Francisco J. Rosa
                         Attorney for Petitioner